### KRAMER v. BARTH et al.

(Supreme Court, Appellate Term, First Department. January 13, 1913.)

Appeal from City Court of New York, Special Term.

Action by Mary Kramer against Max Barth and another. From an order denying defendants' motion to vacate and set aside execution, and compel plaintiff to enter an interlocutory judgment on demurrer, defendants appeal. Order reversed.

See, also, 139 N. Y. Supp. 341.

Argued January term 1913, before SEABURY, LEHMAN, and PAGE, JJ.

Max Schleimer, of New York City, for appellants.

Jacob W. Block, of New York City, for respondent.

PER CURIAM. It would have been the better practice to have moved to vacate the judgment, as well as the execution issued thereunder. For the reasons set forth in the appeal in this action decided herewith, this order will be reversed, with $10 costs and disbursements, and the motion granted.